THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

VANESSA ORSINO,

    Plaintiff,

v.

1-800-FLOWERS.COM, INC.,

    Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. sections 1331, 1367, 1441, and 1446, Defendant 1-800-Flowers.com, Inc. ("1-800-Flowers") hereby removes this action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.  In support of removal, 1-800-Flowers states as follows:

1. On April 7, 2022, Plaintiff Vanessa Orsino filed a complaint and commenced this action, individually and purportedly on behalf of all others similarly situated, in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, captioned *Vanessa Orsino v. 1-800-Flowers.com, Inc.* (the "State Court Action").  Orsino's complaint relates to her claim that 1-800-Flowers engages in sales calls without prior express written consent in violation of the Florida Telephone Solicitation Act ("FTSA") and the Telephone Consumer Protection Act ("TCPA"). (Compl. ¶ 3.)

2. 1-800-Flowers was served on April 18, 2022.

3. True and correct copies of all process, pleadings, and orders in the State Court Action are attached hereto as **Exhibit A**. No other pleadings or motions have been filed in the State Court Action.

4. The basis for removal and this Court's original jurisdiction derives from 28 U.S.C. section 1331 as resolution of Orsino's TCPA claim will require adjudication of disputed questions of federal law.

5. 1-800-Flowers files this notice of removal within thirty days of service of the complaint on 1-800-Flowers. 28 U.S.C. § 1446(b)(3).

6. 1-800-Flowers denies liability and does not intend to waive any rights or defenses by filing this notice of removal.

**Federal Question Jurisdiction**

7. Removal is proper under 28 U.S.C. section 1441 because this Court would have original jurisdiction over this case pursuant to 28 U.S.C. section 1331 had Orsino initially brought this case in federal court. The resolution of Orsino's claims will require adjudication of disputed questions of federal law because this action arises under a law of the United States, specifically 47 U.S.C. § 227, *et seq.*, the TCPA. *See Mims v. Arrow Financial Services*, 132 S. Ct. 740, 744-45 (2012) (holding that federal and state courts have concurrent jurisdiction over private suits arising under the TCPA). Orsino alleges that 1-800-Flowers violated the TCPA by not maintaining the procedures for initiating telemarketing calls under 47 C.F.R. § 64.1200(d). (Compl. ¶¶ 43-50.) This Court has supplemental jurisdiction over Orsino's FTSA claim because it arises out of the same facts as the TCPA claim. 28 U.S.C. § 1367.

## Other Requirements for Removal

8. The United States District Court for the Southern District of Florida embraces the locality in which the State Court Action is now pending, making this Court a proper forum pursuant to 28 U.S.C. § 1446(a). Broward County lies in the Ft. Lauderdale Division of the Court.

9. A copy of this notice is being served on counsel for Orsino and a copy is being filed with the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida pursuant to 28 U.S.C. § 1446(d).

10. As 1-800-Flowers is the only defendant in this action, all defendants consent to this removal. 28 U.S.C. § 1446(b)(2)(A).

11. This notice is signed pursuant to Federal Rule of Civil Procedure 11.

12. A copy of the civil cover sheet is attached hereto.

This 16th day of May, 2022

Respectfully submitted,

/s/ J. Douglas Baldridge
J. Douglas Baldridge
Florida Bar No. 0708070
Theodore B. Randles
Florida Bar No. 115790
VENABLE LLP
600 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Email: jbaldridge@venable.com
Email: tbrandles@venable.com

*Attorneys for Defendants*
*1-800-FLOWERS.com, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal will be served this 16th day of May, 2022 on counsel for Plaintiff Vanessa Orsino by U.S. Mail and e-mail at the addresses listed below.

Andrew J. Shamis, Esq.
Florida Bar No. 101754
SHAMIS & GENTILE P.A.
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Telephone: (305) 479-2299
Email: ashamis@shamisgentile.com

Garrett O. Berg, Esq.
Florida Bar No. 1000427
SHAMIS & GENTILE P.A.
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Telephone: (305) 479-2299
Email: gberg@shamisgentile.com

Scott Edelsberg, Esq.
Florida Bar No. 0100537
EDELSBERG LAW, P.A.
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: (786) 289-9471
Email: scott@edelsberglaw.com

Christopher Gold, Esq.
Florida Bar No. 088733
EDELSBERG LAW, P.A.
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: (786) 289-9471
Email: chris@edelsberglaw.com

By:   /s/ J. Douglas Baldridge
      J. Douglas Baldridge