UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60928-CIV-SMITH

VANESSA ORSINO,

        Plaintiff,

v.

1-800-FLOWERS, INC.,

        Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff and Defendant's Stipulation of Dismissal With Prejudice [DE 31]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED with prejudice.**
2. Each party shall bear its own attorney's fees and costs.
3. All pending motions are denied as moot.
4. This case is closed.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of February 2023.

*/s/ Rodney Smith*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record